# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LA CARRIERS, LLC

NO. 2026 CW 0652

VERSUS

TALISMAN CASUALTY INSURANCE
COMPANY, ET AL

**JUNE 3, 2026**

---

In Re: Talisman Casualty Insurance Company, LLC and Talisman Company II, f/k/a Talisman Casualty Insurance Company, LLC, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 150834.

---

**BEFORE:** **WOLFE, HESTER, AND BALFOUR, JJ.**

**STAY DENIED; WRIT DENIED.**

EW
CHH
KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT